```
                                              Priority
                                              Send
                                              Enter
         FILED                                Closed
    CLERK, U.S. DISTRICT COURT                JS-5/JS-6  ✓
                                              JS-2/JS-3
         APR -8 2010                          Scan Only

    CENTRAL DISTRICT OF CALIFORNIA
    BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 09-4590 WDK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **JESSICA SIERRA, et al.,** | |
| Defendants. | |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to Defendants Jessica Sierra and Jose Jesus Sierra, individually d/b/a La Sierra Bar, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the Plaintiff J & J Sports Productions, Inc. against Defendants Jessica Sierra and Jose Jesus Sierra, individually d/b/a La Sierra Bar, as follows:

(a) Defendants Jessica Sierra and Jose Jesus Sierra, individually and d/b/a La Sierra Bar, shall pay the Plaintiff, J & J Sports Productions, Inc., $13,188.00 in total damages plus attorney's fees in

the amount of $1,391.28 plus costs.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel in this matter.

Dated: APR - 8 2010.

_____
William Keller
United States District Judge